**Motion Denied; Order filed January 13, 2015.**



In The

# Fourteenth Court of Appeals
_____

**NO. 14-14-00455-CR**
_____

**GREGORIO MORENO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 185th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1406639**

## ORDER

Appellant is represented by appointed counsel, Vivian R. King. Appellant's brief was originally due August 20, 2014**.** We granted a total of more than 90 days extension of time to file appellant's brief until December 5, 2014. When we granted the last extension, we noted that no further extensions would be granted absent exceptional circumstances. No brief was filed. On December 18, 2014, counsel filed a further request for extension of time to file appellant's brief stating

that a brief would be filed December 31, 2014. No brief was filed. On January 6, 2015, appellant filed a further request for extension of time to file appellant's brief stating the brief would be filed by January 12, 2015. Counsel did not allege any exceptional circumstances in the request.

We deny the request for extension and issue the following order.

Accordingly, we order Vivian R. King to file a brief with the clerk of this Court on or before February 5, 2015. If counsel does not timely file appellant's brief as ordered, the Court will issue an order abating the appeal and directing the trial court to conduct a hearing to determine the reason for the failure to file the brief and the consideration of sanctions, appointment of new counsel, or other appropriate relief.

PER CURIAM

Panel consists of Justices Christopher, Donovan, and Wise.